### PEOPLE v. GROUT.

(Supreme Court, Appellate Division, Second Department. January 15, 1915.)

Appeal from Special Term, Kings County.
Edward M. Grout was indicted for perjury. From an order denying his motion to supersede and set aside an indictment, and dismiss it for lack of prosecution, he appeals. Appeal dismissed.
Argued before BURR, THOMAS, RICH, and PUTNAM, JJ.

PER CURIAM. Appeal dismissed, upon authority of People v. Grout, 151 N. Y. Supp. 322 (Appeal No. 1), decided herewith.